**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Split Transit Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-2654948** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **25 E 86th Street, 9F** <br> **New York, NY 10028** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** <br> County | **Location of principal assets, if different from principal place of business** <br> **1 Firehouse Plaza Hoboken, NJ 07030** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    __Split Transit Inc._____    Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4853__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | **See Attachment** | | _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **Split Transit Inc.**
_____                    Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Split Transit Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2017**
MM / DD / YYYY

**X** **/s/ Evgeny A. Freidman**                          **Evgeny A. Freidman**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Joseph J. DiPasquale**          Date    **June 19, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Joseph J. DiPasquale**
Printed name

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
Number, Street, City, State & ZIP Code

Contact phone    **973-243-8600**          Email address

**4465985**
Bar number and State

Debtor    **Split Transit Inc.**
Name                                                              Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (*if known*) _____    Chapter __11__

☐ Check if this an
    amended filing

**FORM 201. VOLUNTARY PETITION**

**<u>Pending Bankruptcy Cases Attachment</u>**

| Debtor | Split Transit Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Ben-Khe Trans. Corp. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Bimbo Taxi, LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Byblos Taxi Inc. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Cartier Taxi Inc. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Dragonfly Taxi Inc. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Ducati Tax Inc. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Golden Beetle Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Grasshopper Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Hypnotic Taxi LLC, et al (Admin. Consolidated-Ch 7) | | | Relationship to you | Affiliate |
| District | Eastern District of New York | When | 7/22/15 | Case number, if known | 15-43300 |
| Debtor | Jolly Hacking Corp. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | London Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Moth Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | NY Kind Taxi Corp. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Pelican Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Privet Taxi, Inc. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Purlie Trans Corp. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Red Bull Taxi Inc. | | | Relationship to you | Affiliate |
| District | Southern District of New York | When | 11/14/16 | Case number, if known | 16-13153 |
| Debtor | Saint Tropez Taxi Inc. | | | Relationship to you | Affililate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Taxopark Inc. | | | Relationship to you | Affiliate |
| District | Southern District of New York | When | 12/23/16 | Case number, if known | 16-13570 |
| Debtor | Trestomos Trans Inc. | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Wasp Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |
| Debtor | Wolverine Taxi LLC | | | Relationship to you | Affiliate |
| District | District of New Jersey | When | 6/19/17 | Case number, if known | |

## CERTIFICATE OF COMPANY RESOLUTIONS

The undersigned, being the President and sole shareholder of the following New York corporations: Ben-Khe Trans. Corp., Byblos Taxi Inc., Cartier Taxi Inc., Dragonfly Taxi Inc., Ducati Taxi Inc., Jolly Hacking Corp., NY Kind Taxi Corp., Privet Taxi Inc., Purlie Trans Corp., Saint Tropez Taxi Inc., Split Transit Inc., and Trestomos Trans Inc. (each, a **"Company"** and collectively, the **"Companies"**), does hereby certify that upon requisite consent in lieu of a meeting dated June 16, 2017, and a quorum being present, the following resolutions were adopted and are still in full force and effect:

**WHEREAS**, each Company has reviewed and considered the financial and operational condition of its respective business on the date hereof, including its historical performance, its assets, its current and long-term liabilities, and the market for each Company's products and services; and

**WHEREAS**, each Company has received, reviewed and considered its respective legal, financial and other advisors as to the relative risks and benefits of pursing a bankruptcy proceeding for each respective Company under the provision of Chapter 11 of Title 11 of the United States Code (the **"Bankruptcy Code"**).

**NOW, THEREFORE, IT IS:**

**RESOLVED**, that the Companies have determined that it is desirable and in the best interests of the Companies and their respective creditors, and other interested parties that a petition be filed by each Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the **"Chapter 11 Cases"**);

**RESOLVED FURTHER**, that the President and any other person designated and authorized to act by any of the foregoing officers (each, an **"Authorized Officer"**) be and hereby authorized and directed to execute and file on behalf of the Companies all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the each Company's business;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to retain and employ, in the name and on behalf of each Company, the law firm of Trenk, DiPasquale, Della Fera & Sodono, P.C. ("TD") as legal counsel to the Companies, to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance each Company's rights, including, but not limited to, filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of TD;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to employ, in the name and on behalf of each Company, special litigation counsel to the Companies, including Cole Schotz, P.C. ("Cole Schotz") and Fox Rothschild LLP ("Fox Rothschild" and together with Cole Schotz, "Special Litigation Counsel"), in

connection with certain claims and causes of action to the extent belonging to the Debtors; and in connection therewith, the Authorized Officer, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Special Litigation Counsel;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of the Companies;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered to: (i) negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Companies; and (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Companies, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered on behalf of and in the name of each Company, to execute such consents of the Companies, as the Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and

**RESOLVED FURTHER**, that any and all past actions heretofore taken by any Authorized Officer, the shareholders in the name and on behalf of the Companies in furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, confirmed, and approved."

**IN WITNESS WHEREOF**, I have hereunto set my hand effective as of this *16* day of June, 2017.

WITNESS:

DESIRÉE KOSIDOVA

Evgeny A. Freidman, President of Ben-Khe Trans. Corp., Byblos Taxi Inc., Cartier Taxi Inc., Dragonfly Taxi Inc., Ducati Tax Inc., Jolly Hacking Corp., NY Kind Taxi Corp., Privet Taxi Inc., Purlie Trans Corp., Saint Tropez Taxi Inc., Split Transit Inc., and Trestomos Trans Inc.

4814-7197-9082, v. 1

**Fill in this information to identify the case:**

Debtor name    **Split Transit Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2017**            X **/s/ Evgeny A. Freidman**
                                                Signature of individual signing on behalf of debtor

                                            **Evgeny A. Freidman**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Split Transit Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **All State Insurance Company c/o Molod Spitz & Desantis PC 1430 Broadway, 21st Floor New York, NY 10018** | **Frederick M. Molod, Esq.** **212-869-4242 (fax) 212-869-3200** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Anne & Mary Elliott c/o Horowitz Tanenbaum & Silver 2001 Marcus Ave New Hyde Park, NY 11042** | **Steven B. Tannenbaum, Esq.** **516-354-0200** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Despina Grekos c/o Burns & Harris, Esqs 233 Broadway #900 New York, NY 10279** | **Seth A. Harris, Esq.** **212-393-1000** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | **Taxes** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Katherine Karaisardis c/o Bass & Rubinowitz 420 Jericho Turnpike Jericho, NY 11753** | **Jay Bass, Esq.** **516-741-5000** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Split Transit Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New Jersey Division of Taxation Compliance and Enforcement - Bankr. Unit 50 Barrack Street, 9th Floor PO Box 245 Trenton, NJ 08695-0267** | | **Taxes** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **New York Depart. of Taxation & Finance Attn: Bankruptcy Section Building 9 WA Harriman Campus Albany, NY 12227** | | **Taxes** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **NYC Department of Finance 345 Adams Street, 3rd Floor Attn: Legal Affairs Brooklyn, NY 11201** | | **Taxes** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **NYC Taxi & Limo Commission 33 Beaver Street New York, NY 10004** | | **Trade Debt** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Progressive Garden State Insurance Co. c/o Feldman & Feldman, LLP 811 West Jericho Turnpike Smithtown, NY 11787-3232** | **Jodi Paige Feldman** **631-979-1200** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Sail Trans Corp c/o Roger H. Davis 1650 Broadway, Suite 508 New York, NY 10019** | **Roger H. Davis, Esq.** **212-586-3377** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |
| **Vong Yip c/o Levidow Levidow & Oberman PC 299 Broadway New York, NY 10007** | **Richard D. Levidow, Esq.** **212-964-3290** | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
### District of New Jersey

In re  **Split Transit Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Split Transit Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 19, 2017

Date

/s/ Joseph J. DiPasquale

**Joseph J. DiPasquale 4465985**

Signature of Attorney or Litigant

Counsel for   **Split Transit Inc.**

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
**973-243-8600 Fax:973-243-8677**

# United States Bankruptcy Court
## District of New Jersey

In re    **Split Transit Inc.**                                     Case No. _____

                                       Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 19, 2017** _____       **/s/ Evgeny A. Freidman** _____

                                                      **Evgeny A. Freidman/President**
                                                      Signer/Title

All State Insurance Company
c/o Molod Spitz & Desantis PC
1430 Broadway, 21st Floor
New York, NY 10018


Anne & Mary Elliott
c/o Horowitz Tanenbaum & Silver
2001 Marcus Ave
New Hyde Park, NY 11042


Despina Grekos
c/o Burns & Harris, Esqs
233 Broadway #900
New York, NY 10279


Evgeny A. Freidman
136 E 65th Street
New York, NY 10065


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Katherine Karaisardis
c/o Bass & Rubinowitz
420 Jericho Turnpike
Jericho, NY 11753


Melrose Credit Union
139-30 Queens Boulevard
Briarwood, NY 11435


New Jersey Attorney General's Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance and Enforcement - Bankr. Unit
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695-0267

New York Attorney General's Office
Attn: Bankruptcy Department
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224-0341


New York Depart. of Taxation & Finance
Attn: Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


New York Depart. of Taxation & Finance
Attn: Bankruptcy Section
Building 9
WA Harriman Campus
Albany, NY 12227


NYC Department of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs
Brooklyn, NY 11201


NYC Taxi & Limo Commission
33 Beaver Street
New York, NY 10004


NYS Workers Compensation Board
328 State Street
Schenectady, NY 12305


Progressive Garden State Insurance Co.
c/o Feldman & Feldman, LLP
811 West Jericho Turnpike
Smithtown, NY 11787-3232


Sail Trans Corp
c/o Roger H. Davis
1650 Broadway, Suite 508
New York, NY 10019


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102

United  States  Attorney  General
United  States  Department  of  Justice
Ben  Franklin  Station
PO  Box  683
Washington, DC 20044


United  States  Attorney  General
Attn:   Tax  &  Bankruptcy  Unit
86  Chambers  Street,  3rd  Floor
New  York, NY 10007


Vong  Yip
c/o  Levidow  Levidow  &  Oberman  PC
299  Broadway
New  York, NY 10007


Wilson,Elser,Moskowitz,Edelman  &  Dicker
150  East  42nd  Street
New  York, NY 10017-5639